# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2340

_____

Michael B. Brown,                          *

                                        *

                Appellant,      *   Appeal from the United States

                                        *   District Court for the Eastern

    v.                           *   District of Missouri.

                                        *

ADM Milling Company; David A.     *     [UNPUBLISHED]

Singer, Jr., Dr.,                *

                                        *

                Appellees.      *

_____

Submitted:  July 3, 2002

Filed:   July 9, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Michael B. Brown appeals the district court's dismissal, without prejudice, of Brown's civil suit arising from the termination of his employment following a knee replacement.  On careful review of the record, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.